No. 9849. EDDIE OLSEN, Claimant and Respondent, v. DOWNER LUMBER COMPANY, Inc., Employer, and FIRE-MAN'S FUND INDEMNITY COMPANY, Defendant and Appellant.

321 Pac. (2d) 622.

Decided Feb. 11, 1958.

*Paul T. Keller* and *Melvin E. Magnuson*, Helena, for Appellant.

*George Niewoehner*, White Sulphur Springs, for Respondent.

MR. CHIEF JUSTICE HARRISON:

On application of Paul T. Keller, Esq., and praecipe filed herein, it is ordered that the above-entitled appeal be dismissed as fully settled on the merits and with prejudice.

No. 9906. Petition of RUSSELL E. SPARKS
321 Pac. (2d) 622.

Decided Feb. 14, 1958.

Per Curiam.

Original *habeas corpus* proceeding brought *pro se* by Russell E. Sparks, an inmate of the Montana State Prison where he was received to serve a term of forty years after conviction of the crime of rape. It appears from the application that petitioner was tried by a jury, found guilty, and sentence was pronounced on September 15, 1949, in the District Court of Big Horn County.

It appearing that the application is without merit, the writ is denied and the proceeding is dismissed.